```
FILED
MAR 25 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK
```

1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA HARTER, #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   Alex Bugescu
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6
7
   Attorneys for Defendant
8  PETERO ENELIKO
9
10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12
13
14
   UNITED STATES OF AMERICA,        ) 14-mj-00028-DAD
15                                  )
               Plaintiff,           )
16                                  ) STIPULATION [AND ~~PROPOSED~~ ORDER]
       v.                           ) TO VACATE THE BENCH TRIAL AND SET
17                                  ) A CHANGE OF PLEA HEARING
   PETERO ENELIKO,                  )
18                                  )
               Defendant.           ) Date:  March 26, 2014
19                                  ) Time:  9:00 a.m.
                                    ) Judge: Dale A. Drozd
20 ─────────────────────────────────
21     The United States Attorney through his respective counsel, Peter
22 Mularczyk, Special Assistant United States Attorney, and Linda Harter,
23 Attorney for PETERO ENELIKO, hereby stipulate to vacate the bench trial
24 set for March 26, 2014 at 9:00am and instead schedule a Change of Plea
25 hearing for that date.
26
27

1   The parties jointly request that a change of plea hearing be
2   scheduled for March 26, 2014 at 9:00am before Magistrate Judge Dale A.
3   Drozd.

5   Dated: March 20, 2014                Respectfully submitted,

7                                        HEATHER E. WILLIAMS
                                         Federal Defender
8

9                                        /s/ Linda C. Harter
                                         LINDA C. HARTER
10                                       Assistant Federal Defender
                                         Attorney for Petero Eneliko

13  Dated: March 20, 2014                BENJAMIN WAGNER
                                         United States Attorney
14

15                                       /s/ Peter Mularczyk
                                         Peter Mularczyk
16                                       Special Assistant U.S. Attorney

17  **ORDER**

19      **THE BENCH TRIAL DATE OF MARCH 26, 2014 IS VACATED, AND IS INSTEAD**
20  **SCHEDULED FOR A CHANGE OF PLEA HEARING FOR THAT SAME DATE.**
21    **IT IS SORDERED.**

24  DATED: 3/25/14                       Dale A. Drozd

25                                       HON. DALE A. DROZD
26                                       United States Magistrate Judge